

Case 1:13-cv-07173-RA   Document 3   Filed 10/11/13   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CARMEN SEGARRA,

                Plaintiff,

        -v-

FEDERAL RESERVE BANK OF NEW
YORK, MICHAEL SILVA, MICHAEL KOH,
JOHNATHON KIM,

                Defendants.
-----------------------------------------------------------X

No. 13 Civ. 7173 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/13

RONNIE ABRAMS, United States District Judge:

    As discussed on the record at today's telephone conference, the Court shall hold a hearing at 10:00 a.m. on October 15, 2013, to address Defendants' request to seal and/or redact portions of Plaintiff's complaint in this action. By 5 p.m. today, the parties are to submit letters outlining their views as to whether the presumptive right of access set forth in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110, 120 (2d Cir. 2006), has been overcome such that the complaint and attachments should not be publicly filed. Defendants are directed to advise the Court precisely which portions of the complaint and attached documents they seek to have redacted and Plaintiff should inform the Court whether she consents to any redactions. These letters should be filed on ECF, with courtesy copies emailed to chambers at Abrams_nysdchambers@nysd.uscourts.gov.

    The hearing will be held in Courtroom 1506 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    October 11, 2013
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge