UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARMEN SEGARRA,

                Plaintiff,

      -v-

FEDERAL RESERVE BANK OF NEW
YORK, MICHAEL SILVA, MICHAEL KOH,
JOHNATHON KIM,

                Defendants.

------------------------------------------------------------X

No. 13 Civ. 7173 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/13

RONNIE ABRAMS, United States District Judge:

     For the reasons discussed on the record at today's hearing, the Federal Reserve Bank of New York's motion to seal or redact certain paragraphs of Plaintiff's complaint and attached exhibits is DENIED. If she has not already done so, Plaintiff's counsel shall submit to the Clerk of Court an electronic copy of the complaint for filing on ECF. The Clerk of Court is respectfully requested to make the complaint and all attachments available on ECF.

SO ORDERED.

Dated:     October 15, 2013
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge