UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Carmen M. Segarra           Plaintiff,           Case No. 1:13-cv-07173

-against-

The Federal Reserve Bank of
New York, et al              Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

<u>Linda Jeffries Stengle</u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LS3756         My State Bar Number is 4848958

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

~~OLD FIRM:~~ *Incorrect listing of firm*
FIRM NAME: Kenney & Kearney, LLP (incorrect listing of firm)
FIRM ADDRESS: 220 Lake Drive East, P.O.B. 5034, cherry Hill, NJ 0803
FIRM TELEPHONE NUMBER: 610.940.0327
FIRM FAX NUMBER: 610.940.0284

~~NEW~~ FIRM: *as of October 20/*
FIRM NAME: Stengle Law (as of 10/20/2011)
FIRM ADDRESS: 9 Lenswood Drive, Boyertown, PA 19512
FIRM TELEPHONE NUMBER: 610.367.1604
FIRM FAX NUMBER: none

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/16/2013

ATTORNEY'S SIGNATURE