UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carmen M. Segarra

_(List the name(s) of the plaintiff(s)/petitioner(s).)_

1:13 Civ. 07173 (RA) (___)

- against -

**AFFIRMATION OF SERVICE**

The Federal Reserve Bank of NY,
Michael Silva, Michael Koh,
and Johnathon Kim

_(List the name(s) of the defendant(s)/respondent(s).)_

I, _(print your name)_ Linda J. Stengle, Esq., declare under penalty of perjury that I served a copy of the attached _(list the names of the documents you served)_: Summons, Complaint, Attachments, ECF Rules, Judge's Local Rules

upon all other parties in this case by _(state how you served the documents, for example, hand delivery, mail, overnight express)_ hand delivery to mailroom worker to the following persons _(list the names and addresses of the people you served)_: Federal Reserve Bank of NY, Michael Silva, Michael Koh, and Johnathon Kim - 33 Liberty St., NY, NY 10045

on _(date you served the document(s))_ 10/10/2013

10.11.2013
Dated

Signature

9 Lenswood Drive
Address
Boyertown, PA
City, State
19512
Zip
610.367.1604
Telephone Number
linda@lindastengle.com
E-Mail Address

_Rev. 01/2013_