UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CARMEN M. SEGARRA,                           :
                                             :
    Plaintiff,                              :
                                             : ECF CASE
    v.                                      :
                                             : 13-CV-07173 (RA)
FEDERAL RESERVE BANK OF                      :
NEW YORK, MICHAEL SILVA,                     :
MICHAEL KOH, and                             :
JOHNATHON KIM,                               :
                                             :
    Defendants.                             :
---------------------------------------------------------------- x

# DECLARATION OF DAVID GROSS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to 28 U.S.C. § 1746, DAVID GROSS declares as follows:

1. I am an attorney admitted to practice before this Court and am currently employed by the Federal Reserve Bank of New York in the Enforcement, Litigation, Protection, and Investigations Division of the Legal Department, where my title is Counsel and Vice President.

2. Attached hereto as Exhibit A is a true and correct copy of "SR 08-8," an advisory letter published by the Board of Governors of the Federal Reserve System dated October 16, 2008.

3. Attached hereto as Exhibit B is a true and correct excerpt from the Board of Governors' website entitled "About SR Letters," available at http://www.federalreserve.gov/bankinforeg/srletters/about.htm.

4. Attached hereto as Exhibit C is a true and correct copy of Goldman Sachs's "Code of Business Conduct and Ethics," available at http://www.goldmansachs.com/investor-relations/corporate-governance/corporate-governance-documents/revise-code-of-conduct.pdf.

5. Attached hereto as Exhibit D is a true and correct copy of Goldman Sachs's "Report of the Business Standards Committee," available at http://www.goldmansachs.com/who-we-are/business-standards/committee-report/business-standards-committee-report-pdf.pdf.

6. Attached hereto as Exhibit E are true and correct copies of letters that I wrote to the Court on October 10, 2013 and October 11, 2013, respectively.

7. Attached hereto as Exhibit F is a true and correct copy of an article by Andrew Ross Sorkin entitled "As an Advisor, Goldman Sachs Guaranteed Its Payday," which was published in the *New York Times* on March 6, 2012 at page B1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2013
       New York, New York

                                                    /s/ David Gross
                                                    David Gross