UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CARMEN M. SEGARRA,                            :
                                              :
    Plaintiff,                             :
                                              : ECF CASE
    v.                                    :
                                              : 13-CV-07173 (RA)
FEDERAL RESERVE BANK OF                       :
NEW YORK, MICHAEL SILVA,                      :
MICHAEL KOH, and                              :
JOHNATHON KIM,                                :
                                              :
    Defendants.                           :
------------------------------------------------------------- x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Thomas M. Noone as counsel for Defendants Federal Reserve Bank of New York, Michael Silva, Michael Koh, and Johnathon Kim in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: November 14, 2013
    New York, New York

                                                By: /s/ Thomas M. Noone
                                                Thomas M. Noone (TN-0616)
                                                Attorney
                                                Federal Reserve Bank of New York
                                                33 Liberty Street
                                                New York, NY 10045-0001
                                                Ph.: 212-720-7743
                                                Fax: 212-720-8709
                                                thomas.noone@ny.frb.org
                                                *Attorney for Defendants Federal Reserve Bank of New York. Michael Silva, Michael Koh, and Johnathon Kim*