# FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

**MEMO ENDORSED**

DAVID L. GROSS
COUNSEL AND VICE PRESIDENT

December 10, 2013

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/13
```

**FILED ON ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

Re:   **Carmen Segarra v. Federal Reserve Bank of New York**
      Civil Action No.: 13-CV-7173 (RA)

Dear Judge Abrams:

Pursuant to Your Honor's Individual Rules & Practices for Civil Cases, the Federal Reserve Bank of New York, Michael Silva, Michael Koh, and Johnathon Kim (collectively, the "Defendants") respectfully request an extension of time until Friday, January 3, 2014, to file a response to the Amended Complaint in the above-referenced matter.

Defendants were served with the Amended Complaint on December 4, 2013, making a response due on December 18, 2013, 14 days later. *See* Fed. R. Civ. P. 15(a)(3). *But see* Ind. Civ. R. 4(C) (requiring a response within 21 days). Owing to holiday travel plans, Defendants request that the deadline be extended until January 3, 2014. Plaintiff's counsel, Linda Stengle, has kindly consented to this request for an extension.

Defendants previously requested an extension of time to respond to Plaintiff's original Complaint, which the Court granted on October 30, 2013. A motion to dismiss the original Complaint was filed on November 14, 2013. Defendants plan to update their prior motion to dismiss to address new claims raised in the Amended Complaint.

Thank you for your consideration of our request.

Respectfully submitted,

*David Gross*
David Gross

**APPLICATION GRANTED**
SO ORDERED

*[signature]*
R. ABRAMS U.S.D.J.
12/11/13

cc:   Linda J. Stengle, Esq., Counsel for Plaintiff (via ECF and e-mail)

T 212.720.2356 | F 212.720.8709 | E david.gross@ny.frb.org | W www.newyorkfed.org