UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CARMEN M. SEGARRA,                                :
                                                  :
     Plaintiff,                                 :
                                                  : ECF CASE
     v.                                         :
                                                  : 13-CV-07173 (RA)
FEDERAL RESERVE BANK OF                           :
NEW YORK, MICHAEL SILVA,                          : ORAL ARGUMENT REQUESTED
MICHAEL KOH, and                                  :
JOHNATHON KIM,                                    :
                                                  :
     Defendants.                                :
------------------------------------------------------------- x

## NOTICE OF MOTION BY DEFENDANTS
## TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the supporting affidavit of David Gross, Defendants Federal Reserve Bank of New York, Michael Silva, Michael Koh, and Johnathon Kim hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice Plaintiff's Amended Complaint in its entirely for failure to state a claim upon which relief can be granted.

| | |
|---|---|
| Dated: January 3, 2014<br>       New York, New York | Thomas C. Baxter, Jr.<br>General Counsel and<br>   Executive Vice President<br>Federal Reserve Bank of New York<br>33 Liberty Street<br>New York, NY 10045 |
| | By: /s/ Thomas M. Noone |
| David Gross (DG-3372)<br>Counsel and Vice President<br>Ph. 212-720-2356<br>Fax: 212-720-8709<br>david.gross@ny.frb.org | Thomas M. Noone (TN-0616)<br>Attorney<br>Ph. 212-720-7743<br>Fax: 212-720-8709<br>thomas.noone@ny.frb.org |