UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CARMEN SEGARRA,

                Plaintiff,

-v-

FEDERAL RESERVE BANK OF NEW
YORK, MICHAEL SILVA, MICHAEL KOH,
JOHNATHON KIM,

                Defendants.

-----------------------------------------------------------X

No. 13 Civ. 7173 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/14

RONNIE ABRAMS, United States District Judge:

    Oral argument on Defendants' motion to dismiss, which is scheduled for March 4, 2014, is rescheduled to 4 p.m. on April 4, 2014.

SO ORDERED.

Dated:    February 25, 2014
                New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge