```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  04/24/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Carmen Segarra,

       Plaintiff,        13 **CIVIL** 7173 (RA)

   -against-           **JUDGMENT**

Federal Reserve Bank of New York,
Michael Silva, Michael Koh, and Johnathon Kim,
        Defendants.
------------------------------------------------------------X

  Defendants' having moved to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Ronnie Abrams, United States District Judge, and the Court, on April 23, 2014, having rendered its Opinion and Order (Doc. #50), in which Count One fails to state a claim under U.S.C. § 1831j, and declining to exercise jurisdiction over the remaining state-law claims; denying Plaintiff's motion seeking leave to file a Second Amended Complaint, as are the other requests made in Plaintiff's April 11, 2014 letters, and requesting the clerk to terminate the motions pending at document numbers 33 and 42 and close this case, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 23, 2014, Defendants' motion to dismiss the First Amended Complaint is granted, Count One fails to state a claim under U.S.C. § 1831j, and the Court declines to exercise jurisdiction over the remaining state-law claims; Plaintiff's motion seeking leave to file a Second Amended Complaint is denied, as are the other requests made in Plaintiff's April 11, 2014 letters; accordingly, the case is closed.

**Dated:** New York, New York
    April 24, 2014

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**