UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CARMEN M. SEGARRA                           :
                                            :
            Plaintiff,                      :
                                            :    CIVIL ACTION NO. 13-cv-7173 (RA)
      v.                                    :
                                            :    NOTICE OF APPEAL
THE FEDERAL RESERVE BANK OF                 :
NEW YORK; MICHAEL SILVA;                    :
MICHAEL KOH; and JONATHON KIM,              :
                                            :
            Defendants.                     :
_____         :

Motion and Notice of Appeal

Notice is hereby given that Plaintiff Carmen M. Segarra in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the order and judgment issued from Judge Ronnie Abrams entered April 24, 2014.

By direction of the ECF Help Desk, Plaintiff comes now before the Court to request that The United States Court of Appeals for the United States Court of Appeals for the Second Circuit accept and docket this Appeal for briefing by the parties.

Respectfully Submitted,


_____/s/_____
LINDA J. STENGLE, ESQUIRE
Stengle Law
New York Bar No.:   4848958
SDNY Bar No.:   LS3756
9 Lenswood Drive
Boyertown, PA  19512
(610) 367-1604

Date:  May 20, 2014